# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jesus Antonio Rios-Ibarra

V.                                            **JUDGMENT IN A CIVIL CASE**

United States of America

**CASE NUMBER:** 12CV0207-IEG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Denies Petitioner's motion for sentence reduction under 28 U.S.C. § 2255. The Court also denies a certificate of appealability because Petitioner has not "made a substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

| January 31, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk

ENTERED ON January 31, 2012