# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jesus Antonio Rios-Ibarra

**V.**                  **JUDGMENT IN A CIVIL CASE**

United States of America

**CASE NUMBER:** 12CV0207-IEG

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Denies Petitioner's motion for sentence reduction under 28 U.S.C. § 2255.  The Court also denies a certificate of appealability because Petitioner has not "made a substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

| January 31, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/ E Silvas |
|  | (By) Deputy Clerk |

ENTERED ON January 31, 2012

12CV0207-IEG